## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF DELAWARE

| | |
|---|---|
| MICHAEL NINIVAGGI, JAKE MICKEY and CAILIN NIGRELLI, individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1478-SB |
| *Plaintiffs*, | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant*. | |
| HANNAH RUSSO, individually and on behalf of all others similarly situated, | Civil Action No. 20-cv-1693-SB |
| *Plaintiff*, | |
| v. | |
| UNIVERSITY OF DELAWARE, | |
| *Defendant*. | |

## <u>DECLARATION OF JOSHUA D. ARISOHN</u>

I, Joshua D. Arisohn, declare as follows:

1.     I am an attorney at law licensed to practice in the State of New York.  I have been admitted *pro hac vice* in this matter, and I am a partner at Bursor & Fisher, P.A., counsel of record for Plaintiffs.  I make this declaration in support of plaintiff's motion for class certification.  I have personal knowledge of the facts set forth in this declaration, and, if called as a witness, could and would competently testify thereto under oath.

2.     Attached hereto as Exhibit 1 is a true and correct copy of a page from the UD website titled "Experience UD."

3.     Attached hereto as Exhibit 2 is a true and correct copy of a page from the UD website titled "Leadership & Mission."

4.     Attached hereto as Exhibit 3 is a true and correct copy of a page from the UD website titled "The UD Community."

5.     Attached hereto as Exhibit 6 is a true and correct copy of a page from the UD website titled "Accounting."

6.     Attached hereto Exhibit 7 is a true and correct copy of a page from the UD website titled "Agriculture and Natural Resources."

7.     Attached hereto as Exhibit 8 is a true and correct copy of a page from the UD website titled "Animal Bioscience."

8.     Attached hereto as Exhibit 9 is a true and correct copy of a page from the UD website titled "Anthropology Education."

9.     Attached hereto as Exhibit 10 is a true and correct copy of a page from the UD website titled "Applied Molecular Biology and Biotechnology."

10.     Attached hereto as Exhibit 11 is a true and correct copy of a page from the UD website titled "Art Conservation."

11.     Attached hereto as Exhibit 12 is a true and correct copy of a page from the UD website titled "Biochemistry."

12.     Attached hereto as Exhibit 13 is a true and correct copy of a page from the UD website titled "Biological Sciences Education."

13.     Attached hereto as Exhibit 14 is a true and correct copy of a page from the UD website titled "Biological Sciences."

14.     Attached hereto as Exhibit 15 is a true and correct copy of a page from the UD website titled "Biomedical Engineering."

15.     Attached hereto as Exhibit 16 is a true and correct copy of a page from the UD website titled "Business Undeclared."

16.     Attached hereto as Exhibit 17 is a true and correct copy of a page from the UD website titled "Chemistry."

17.     Attached hereto as Exhibit 18 is a true and correct copy of a page from the UD website titled "Civil Engineering."

18.     Attached hereto as Exhibit 19 is a true and correct copy of a page from the UD website titled "Criminal Justice."

19.     Attached hereto as Exhibit 20 is a true and correct copy of a page from the UD website titled "Early Childhood Education."

20.     Attached hereto as Exhibit 21 is a true and correct copy of a page from the UD website titled "Earth Science Education."

21.     Attached hereto as Exhibit 22 is a true and correct copy of a page from the UD website titled "Economics Education."

22.     Attached hereto as Exhibit 23 is a true and correct copy of a page from the UD website titled "Electrical Engineering."

23.     Attached hereto as Exhibit 24 is a true and correct copy of a page from the UD website titled "Energy and Environmental Policy."

24.     Attached hereto as Exhibit 25 is a true and correct copy of a page from the UD website titled "Engineering Undeclared."

25.     Attached hereto as Exhibit 26 is a true and correct copy of a page from the UD website titled "Entrepreneurship."

26.     Attached hereto as Exhibit 27 is a true and correct copy of a page from the UD website titled "Environmental and Resource Economics."

27.     Attached hereto as Exhibit 28 is a true and correct copy of a page from the UD website titled "Environmental Engineering."

28.     Attached hereto as Exhibit 29 is a true and correct copy of a page from the UD website titled "Environmental Science."

29.     Attached hereto as Exhibit 30 is a true and correct copy of a page from the UD website titled "Environmental Studies."

30.     Attached hereto as Exhibit 31 is a true and correct copy of a page from the UD website titled "Food Science."

31.     Attached hereto as Exhibit 32 is a true and correct copy of a page from the UD website titled "Hospitality Business Management."

32.     Attached hereto as Exhibit 33 is a true and correct copy of a page from the UD website titled "Human Relations Administration."

33.     Attached hereto as Exhibit 34 is a true and correct copy of a page from the UD website titled "Insect Ecology and Conservation."

34.     Attached hereto as Exhibit 35 is a true and correct copy of a page from the UD website titled "Marine Science."

35.     Attached hereto as Exhibit 36 is a true and correct copy of a page from the UD website titled "Medical Laboratory Science."

36.     Attached hereto as Exhibit 37 is a true and correct copy of a page from the UD website titled "Nursing."

37.     Attached hereto as Exhibit 38 is a true and correct copy of a page from the UD website titled "Nutrition and Dietetics."

38.     Attached hereto as Exhibit 39 is a true and correct copy of a page from the UD website titled "Occupational Therapy."

39.     Attached hereto as Exhibit 40 is a true and correct copy of a page from the UD website titled "Operations Management."

40.     Attached hereto as Exhibit 41 is a true and correct copy of a page from the UD website titled "Organizational and Community Leadership."

41.     Attached hereto as Exhibit 42 is a true and correct copy of a page from the UD website titled "Plant Science."

42.     Attached hereto as Exhibit 43 is a true and correct copy of a page from the UD website titled "Pre-Veterinary Medicine."

43.     Attached hereto as Exhibit 44 is a true and correct copy of a page from the UD website titled "Psychology."

44.     Attached hereto as Exhibit 45 is a true and correct copy of a page from the UD website titled "Public Policy."

45.     Attached hereto as Exhibit 46 is a true and correct copy of a page from the UD website titled "Sports Health."

46.     Attached hereto as Exhibit 48 is a true and correct copy of a document Bates-stamped UD0037739-40, marked as CONFIDENTIAL.

47.     Attached hereto as Exhibit 49 is a true and correct copy of a document titled University of Delaware 2019-2020 Academic Year Calendar.

48.     Attached hereto as Exhibit 50 is a true and correct copy of a document titled University of Delaware 2019-2020 Academic Year Calendar – Revised.

49.     Attached hereto as Exhibit 51 is a true and correct copy of a document Bates-stamped UD0143764-768, marked as CONFIDENTIAL.

50.     Attached hereto as Exhibit 55 is a true and correct copy of a document containing a Tweet from the University of Delaware's official Twitter account.

51.     Attached hereto as Exhibit 56 is a true and correct copy of a document containing a Tweet from the University of Delaware's official Twitter account.

52.     Attached hereto as Exhibit 58 is a true and correct copy of a document containing a Tweet from the University of Delaware's official Twitter account.

53.     Attached hereto as Exhibit 59 is a true and correct copy of a document containing a Tweet from the University of Delaware's official Twitter account.

54.     Attached hereto as Exhibit 60 45 is a true and correct copy of a page from the UD website titled "UD Online Featured Programs."

55.     Attached hereto as Exhibit 62 is a true and correct copy of a screenshot of the University of Delaware's course search webpage.

56.     Attached hereto as Exhibit 63 is a true and correct copy of a screenshot of the University of Delaware's course search webpage.

57.     Attached hereto as Exhibit 64 is a true and correct copy of a screenshot from Courses Search for the course "Introduction to Chemical Engineering."

58.     Attached hereto as Exhibit 66 is a true and correct copy of a transcription of the Message to the UD Community from President Assanis.

59.     Attached hereto as Exhibit 67 is a true and correct copy of a document Bates-stamped UD0144065-68, marked as CONFIDENTIAL.

60.     Attached hereto as Exhibit 68 is a true and correct copy of a document Bates-stamped UD0042590, marked as CONFIDENTIAL.

61.     Attached hereto as Exhibit 70 is a true and correct copy of a document Bates-stamped UD0037599-602, marked as CONFIDENTIAL.

62.     Attached hereto as Exhibit 73 is a true and correct copy of a document Bates-stamped UD0035346-51, marked as CONFIDENTIAL.

63.     Attached hereto as Exhibit 74 is a true and correct copy of a document Bates-stamped UD0035871-73, marked as CONFIDENTIAL.

64.     Attached hereto as Exhibit 75 is a true and correct copy of a document Bates-stamped UD0037960-62, marked as CONFIDENTIAL.

65.    Attached hereto as Exhibit 77 is a true and correct copy of a document Bates-stamped UD0037844, marked as CONFIDENTIAL.

66.    Attached hereto as Exhibit 80 is a true and correct copy of a document Bates-stamped UD0037747-49, marked as CONFIDENTIAL.

67.    Attached hereto as Exhibit 81 is a true and correct copy of a document Bates-stamped UD0143556-561, marked as CONFIDENTIAL.

68.    Attached hereto as Exhibit 82 is a true and correct copy of a document Bates-stamped UD0037257-258, marked as CONFIDENTIAL.

69.    Attached hereto as Exhibit 83 is a true and correct copy of a document Bates-stamped UD0144691-694, marked as CONFIDENTIAL.

70.    Attached hereto as Exhibit 84 is a true and correct copy of a document Bates-stamped UD02211800-1801, marked as CONFIDENTIAL.

71.    Attached hereto as Exhibit 87 is a true and correct copy of excerpts from the Robin Morgan Deposition on May 23, 2022, which are confidential pursuant to the protective order.

72.    Attached hereto as Exhibit 88 is a true and correct copy of The University of Delaware's Answers and Objections to Plaintiffs' First Set of Interrogatories.

73.    Attached hereto as Exhibit 89 is a true and correct copy of Bursor & Fisher, P.A. Firm Resume.

74.    Attached hereto as Exhibit 90 is a true and correct copy of Chimicles, Schwartz, Kriner & Donaldson-Smith LLP Firm Resume.

75.    Attached hereto as Exhibit 91 is a true and correct copy of Anastopoulo Law Firm, LLC Firm Resume.

76.     Attached hereto as Exhibit 92 is a true and correct copy of Cross & Simon, LLC Firm Resume.

77.     Attached hereto as Exhibit 93 is a true and correct copy of a document Bates-stamped UD_0187225, marked as CONFIDENTIAL.

78.     Attached hereto as Exhibit 94 is a true and correct copy of the class certification order in *Weiman v. Miami University*, Case No. 2020-00614JD, Oh. Ct. Claims.

79.     Attached hereto as Exhibit 95 is a true and correct copy of a class certification order in *Smith v. The Ohio State University*, Case No. 2020-00321JD, Oh. Ct. Claims.

80.     Attached hereto as Exhibit 96 is a true and correct copy of a class certification order in *Waitt v. Kent State University*, Case No. 2020-00392JD, Oh. Ct. Claims.

81.     Attached hereto as Exhibit 97 is a true and correct copy of a class certification order in *Duke v. Ohio University,* Case No. 2021-00036JD, Oh. Ct. Claims.

82.     Attached hereto as Exhibit 98 is a true and correct copy of a class certification order in *Keba v. Bowling Green State University,* 2020-00639JD, Oh. Ct. Claims.

_____
Joshua D. Arisohn