IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PENNY NINIVAGGI et al., individually and on behalf of all others similarly situated,

   *Plaintiffs*,

 v.

UNIVERSITY OF DELAWARE,

   *Defendant.*

No. 20-cv-1478-SB

---

HANNAH RUSSO, individually and on behalf of all others similarly situated,

   *Plaintiff*,

 v.

UNIVERSITY OF DELAWARE,

   *Defendant.*

No. 20-cv-1693-SB

---

**ORDER**

I **DENY** defendant's motion to stay the case pending appeal. D.I. 141.

Dated: April 26, 2023

               _____
               UNITED STATES CIRCUIT JUDGE